# UNITED STATES DISTRICT COURT
for the

ROSA NEGRA PROPERTIES, LLC

*Plaintiff(s)*

v.

KAR PROPERTIES, LLC, and
SHAHAB KARMELY, an individual

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KAR PROPERTIES, LLC
232 Madison Ave, #200
New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CAREY RODRIGUEZ, LLP
Juan Rodriguez (Florida Bar No. 613843)
Helia Dehghani (Florida Bar No. 1058453)
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| ROSA NEGRA PROPERTIES, LLC<br>*Plaintiff(s)*<br>v.<br>KAR PROPERTIES, LLC, and<br>SHAHAB KARMELY, an individual<br>*Defendant(s)* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SHAHAB KARMELY
232 Madison Ave, #200
New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CAREY RODRIGUEZ, LLP
Juan Rodriguez (Florida Bar No. 613843)
Helia Dehghani (Florida Bar No. 1058453)
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*