# EXHIBIT B

## INDEMNITY AGREEMENT

THIS INDEMNITY AGREEMENT (the "Indemnity Agreement") is made this 29th day of March, 2023, effective as of March 29, 2023 ("Effective Date"), by and among ROSA NEGRA PROPERTIES, LLC, a Florida limited liability company, having an address at 255 Alhambra Circle, Suite 500, Coral Gables, Florida 33134 ("Purchaser"), RICARDO VEGA SERRADOR, an individual ("Serrador") and JOSE ANTONIO DE ANDA TURATI, an individual ("Turati", together with Purchaser and Serrador, each an "Indemnitor" and collectively, "Indemnitors") and TASAL LLC, a Florida limited liability company, having an address of c/o KAR Properties, 232 Madison Avenue, 2nd Floor, New York, New York 10016 ("Seller").

## BACKGROUND

A. Purchaser and Seller entered into that certain Agreement of Sale dated December 23, 2022 (the "Purchase Agreement") for the purchase and sale (the "Transaction") of that certain property located at 125, 129 and 131 Northwest South River Drive, Miami, Florida 33125 (the "Property").

B. Certain brokers have asserted claims to certain commissions (collectively, "Commissions") in connection with the Transaction including, without limitation, Fortune International, Deezer Realty and Sterling Equity Realty, LLC (collectively, the "Brokers").

C. Serrador and Turati are principals in and owners of Purchaser and will realize benefit from the consummation of the Transaction.

D. As an inducement for Seller to proceed with the Transaction, Indemnitors have agreed to indemnify, defend and hold harmless the Seller from and against any and all claims and demands asserted by the Brokers or any other real estate broker, agent, finder or other person or entity seeking any commission or payment of any kind in connection with the Transaction, all in accordance with and subject to the terms and conditions herein. All capitalized terms not defined herein shall have the meanings ascribed to them in the Purchase Agreement.

**NOW THEREFORE**, intending to be legally bound hereby, the parties hereto agree as follows:

1. **RECITALS**. The Background section of this Indemnity Agreement is hereby incorporated into this Indemnity Agreement.

2. **COMMISSIONS**. If any Commissions or other sums are due to the Brokers or any other parties whatsoever in connection with the Transaction or the sale of the Property, Purchaser and Seller agree that Purchaser and Seller shall each pay half of such Commissions up to an amount not to exceed One Hundred Thousand Dollars ($100,000.00) in the aggregate ("Shared Commission"). In accordance with the foregoing, Seller shall provide a credit of Fifty Thousand Dollars ($50,000.00) to Purchaser at the closing of the Transaction to be used solely for the Shared

Commission. Any Commissions or other amounts due to Brokers or any other parties whatsoever in excess of the Shared Commissions in connection with the Transaction or the sale of the Property shall be the sole and exclusive obligation of Purchaser and shall be paid solely by Purchaser without any contribution by Seller. Notwithstanding anything contained in this Indemnity Agreement to the contrary, in no event shall Seller's liability for any Commissions or other sums due to Brokers or any other party seeking compensation in connection with the Transaction or the sale of the Property exceed Fifty Thousand Dollars ($50,000.00) in the aggregate.

3. **INDEMNIFICATION**. Indemnitors, on behalf of themselves and each of their members, officers, managers and employees, hereby agree to irrevocably and unconditionally indemnify, defend and hold Seller and each of its indirect and direct members, officers, managers and employees harmless from and against any and all actions, suits (or any judicial, legislative , administrative or other proceeding), claims, demands, assessments, judgments, fines, penalties, damages, costs (including reasonable attorney's fees), expenses and losses of any kind (collectively, "Claims") arising out of or in any way related to the payment (or lack of payment) of the Commissions (whether pursuant to Section 2 of this Indemnity Agreement or otherwise) and any other claim for commissions, payments or other compensation whatsoever by the Brokers or any other real estate broker, agent, finder or other person or entity of any kind working with, for or separately from Purchaser, Indemnitor or Seller in connection with the Transaction or the sale of the Property. The foregoing indemnification obligations shall survive Closing (as defined in the Purchase Agreement).

4. **GOVERNING LAW.** This Indemnity Agreement shall in all respects be construed and interpreted in accordance with and governed by the laws of the State of Florida.

5. **SUCCESSORS AND ASSIGNS**. This Indemnity Agreement shall be binding upon and inure to the benefit of the respective heirs, personal representatives, successors and assigns of each of the parties hereto.

6. **SEVERABILITY**. In case any one or more of the provisions of this Indemnity Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, the remaining provisions of this Indemnity Agreement shall remain in full force and effect.

[*signatures on the following pages*]

**IN WITNESS WHEREOF**, the parties hereto have, with all required authority therefor having been secured, caused this Indemnity Agreement to be duly executed as of the day and year first above written.

**SELLER:**

**TASAL LLC,**
a Florida limited liability company

By: ______________________________
Name: ____________________________
Title: _____________________________

**PURCHASER AND AN INDEMNITOR:**

**ROSA NEGRA PROPERTIES LLC,**
a Florida limited liability company

By: ______________________________
Name: Jose Antonio de Anda Turati______
Title: Manager ____________________

______________________________
Ricardo Vega Serrador

______________________________
Jose Antonio de Anda Turari

**IN WITNESS WHEREOF**, the parties hereto have, with all required authority therefor having been secured, caused this Indemnity Agreement to be duly executed as of the day and year first above written.

**SELLER**:

**TASAL LLC,**
a Florida limited liability company

By: ______________________________
Name: ______________________________
Title: ______________________________

**PURCHASER AND AN INDEMNITOR:**

**ROSA NEGRA PROPERTIES LLC,**
a Florida limited liability company

By: ______________________________
Name: Jose Antonio de Anda Turati
Title: Manager

**AN INDEMNITOR:**

______________________________
RICARDO VEGA SERRADOR

**AN INDEMNITOR:**

______________________________
JOSE ANTONIO DE ANDA TURATI

**IN WITNESS WHEREOF**, the parties hereto have, with all required authority therefor having been secured, caused this Indemnity Agreement to be duly executed as of the day and year first above written.

**SELLER**:

**TASAL LLC,**
a Florida limited liability company

By: ______________________
Name: Shahab Karmely
Title: Manager

**PURCHASER AND AN INDEMNITOR:**

**ROSA NEGRA PROPERTIES LLC,**
a Florida limited liability company

By: ______________________
Name: ______________________
Title: ______________________

**AN INDEMNITOR:**

______________________
RICARDO VEGA