**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:25-cv-20234-Becerra/Torres

ROSA NEGRA PROPERTIES, LLC,

Plaintiff,

v.

SHAHAB KARMELY,

Defendant.

_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Rosa Negra Properties, LLC ("Rosa Negra"), pursuant to Rule 41(a)(1)(A)(i), hereby notices their voluntary dismissal of their claims.

Dated: April 8, 2026.

Respectfully submitted,

**CAREY RODRIGUEZ LLP**
121 Alhambra Cir., Suite 1000
Miami, Florida 33134
Tel: 305.372.7474.
Fax: 305.372.7475.

By: */s/ Ethan B. Rodriguez*
Juan J. Rodriguez (FBN 613843)
Email: jrodriguez@careyrodriguez.com
Secondary: service@careyrodriguez.com
Ethan B. Rodriguez (FBN 1036022)
Email: erodriguez@careyrodriguez.com

*Counsel to Rosa Negra Properties, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, a true and correct copy of the foregoing was electronically filed which will serve Notice on all counsel of record via the Court's CM/ECF system.

By: */s/ Ethan B. Rodriguez*
Ethan B. Rodriguez (FBN 1036022)