**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-20234-JB**

ROSA NEGRA PROPERTIES, LLC,

Plaintiff,

v.

SHAHAB KARMELY,

Defendant.

_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [42], in which Plaintiff dismisses this action. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 8th day of April, 2026.

_______________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**